

**Messenger is free!**
Unlike texting, there's no per-message charge and there are no limits.



Facebook User

703505868@facebook.com
Dear Prince Sam Hamade,
I am the brother of Chris Neveling, the person who stole money from Lor Hamade, he has stolen from my parents, myself and my two sisters. If by any chance you might be aware of his whereabouts the information will be greatly appreciated.

Best Regards

Steg Neveling

13 January 2012 · Sent from Web



Prince Sam Hamade
just get ur message now leave for me ur number n i will phonen u

You cannot reply to this conversation.

Defendant's Exhibit 2  U.S. v. Hamade 15-237(1) (JRT/BRT)