



**Messenger is free!**
Unlike texting, there's no per-message charge and there are no limits.



**Chris Neveling**
on mobile





Chris Neveling
Hey Samo, I am writing to say I read this stupid article by this reporter and it is all lies. This reporter called me ages ago think in 2012 and asked me questions i told him I know nothing. I am sorry about the money and am going to make it right eventually. If you want me to make a public posting saying they are lies, I will do that. Let me know.

14 February 2014   Sent from Mobile



Prince Sam Hamade
Yes answer him in his own article

14 February 2014



Chris Neveling
I will do that speak soon

Defendant's Exhibit 3 U.S. v. Hamade15-237(1) (JRT/BRT)

