Case:  Hamade / Telephone Call 2

Special Agent: Steve Warfield

Transcriber: Ashley Beuch

Reviewed: SA Warfield, 2016

Subjects:

- Chris Neveling: CN
- Sam Hamade: SH
- Unintelligible: UNI

Preamble

CN: Today is March the 18th, time approximately 1700 hours. My name is Chris Neveling, I'm calling Sam Hamade on the following number +27823364098. I give US agents permission to record this call.

Ringing/No Answer

Postamble

CN: No answer.

Defendant's Exhibit 4
US v Hamade
CR 15-237(1) (JRT/BRT)

Case: Hamade / Telephone Call 2

Special Agent: Steve Warfield

Transcriber: Ashley Beuch

Reviewed: SA Warfield, 2016

Subjects:

- Chris Neveling: CN
- Sam Hamade: SH
- Unintelligible: UNI

Preamble

CN: Today is March the 18th, time approximately 1700 hours. My name is Chris Neveling, I'm calling Sam Hamade on the following number +27823364098. I give US agents permission to record this call.

Ringing/No Answer

Postamble


CN: No answer.

Case:  Hamade / Telephone Call 3

Special Agent: Steve Warfield

Transcriber: Ashley Beuch

Reviewed: SA Warfield, 2016

Subjects:

- Chris Neveling: CN
- Loren Hamade: LH
- Sam Hamade: SH
- Unintelligible: UNI

CN: Today is the 18th of March 2000 and 15, time approximately quarter past 5. My name is Chris Neveling, I'm calling Loren Hamade on telephone number +27720168183.

(Ringing)

LH: Hello?

CN: Hello, Loren?

LH: Yes?

(Remainder of the brief conversation between CN and LH is in the Afrikaans language. See Afrikaans translation of Recording #3. LH hands the phone to SH, and the remainder of the call between CN and SH is in English as detailed below:)

CN: Alright.

SH: Hello?

CN: Hey Sam, how's it my man?

SH: Oh, very good Chris and you?

CN: Oh, I'm alright man, alright man. I'm just a bit worried my friend. I-I got home.

SH: (UNI)

CN: Uh, jeez, that's why I'm phoning you, I want to ask you what I must do, ask for your help. I got, I got home today and um, Gaynor told me there were, there were two guys there at the house saying they from the U.S. and they, they want to question

SH: (UNI)

CN: me about some parts that I gave to you. They apparently said they know where it's gone or something like that. What must I do, I-I need to, I need your help. What must I tell them?

SH: What parts Chris? What parts? I never get no parts from you.

CN: Uh Sam.

SH: What parts you talking about?

CN: Jeez, you know,

SH: What parts you talking about?

CN: you know what I'm talking about my man. I mean I'm talking to you as

SH: No, I don't know what you're talking about. I get from you no parts you doesn't buy no parts, you do nothing. Wha-what what's the story now?

CN: Uh jeez.

SH: From the US let them go and-and get more money to the terrorist. (UNI)

CN: What must I, what must I say to these people Sam?

SH: I don't know. I don't know why you're asking me.

CN: You know I got you those things man, I mean it's like, fuck. I'm just worried, I'm sitting here they-they-they say they coming back tomorrow to the house, I mean what must I, what must I tell them?

SH: You never bought nothing. South Africa's a lot of fraud. Somebody by the name of, another Chris Neveling, not you. What the fuck?

CN: Hmm.

SH: What?

CN: You think I must just tell them that yeah?

SH: I don't know what you must tell them, I don't know what parts you are talking about, I don't know nothing Chris. They try with me here a lot in-in South Africa and they never come back do you understand? Because I've done nothing wrong. Tell them go fuck their own mother, their own President you know. I don't know if you are recording me and I (UNI)

CN: Oh jeez please man.

SH: Whatever, you understand, now what I am telling you? Go fuck themselves man.

CN: Ugh!

SH: They ought to go fuck themselves.

CN: You know you're the only one I talk to, I mean you're the only one I talk to there you know.

SH: Yeah. No, no, no, no don't even allow, don't even receive them. Don't even receive them. Don't allow them to talk to. That's why here even they turned the whole South African police against me.

CN: What?

SH: No one turns against me. (UNI)

CN: You've got contacts there man, they can never turn against you there.

SH: No! No it's not a question I've got the contacts. Question the Hawks, the investigators, nothing, everyday, there is nothing. What the fuck. (UNI).

CN: So you tell, you tell me I must tell them I know nothing, huh? I know nothing.

SH: No, no, no it's you, it's you and them you must understand. What about you don't know.

CN: Hmm.

SH: That's it. Because it was no part go to nowhere. I never receive no parts from you. The piece between me and you are the Rolexes, the gold Rolexes. That's it, no more. No more.

CN: Hmm. Yeah I'm just worried.

SH: (UNI)

CN: I'm just so worried. I said maybe they came to you to South Africa or fucking something.

SH: No! I will never, I will never receive them. Are you mad?

CN: Yeah, well okay.

SH: I will never receive them. I will never receive them. Who the fuck they are.

CN: Hmm.

SH: I will never receive them. Who they fuck they are. They must go and stop, stop fucking up in Syria and Iran everywhere those fucking bastards and (UNI). They must

CN: Hmm.

SH: leave those other fucking people alone. That's it.

CN: Yeah.

SH: That's it. I don't know, I don't know Chris don't go talk me about stories like this. You want to give me my money back for my Rolexes you are more than welcome. That's the deal between us. Whatever they're trying to fish, those people, the scratch is not worth itching.

CN: Hmm.

SH: (UNI) South African (UNI) yeah.

CN: Yeah, alright anyway. I'll-I'll okay, okay Sam I'll tell them I know, I'll tell them I know nothing. Yeah they, they, they're looking for the wrong person.

SH: Yeah then, what the fuck! There is, there is here 3000 Chris Nevelings

CN: Hmm.

SH: in this country.

CN: Yeah.

SH: Its, its (UNI) there is one Sam Hamade, but there is a lot of (UNI) a lot of Pretorius a lot of whatever a lot of whatever (UNI). You understand?

CN: Yeah.

SH: Plus me and you would never make, make any business together (UNI). What the fuck they looking for? What the fuck.

CN: Hmm.

SH: All the business we were doing you were buying for me the gold from UK or whatever and the Rolexes. That's it. No More. No more because even ask me to fax to you the contract on the Rolexes I'll fax it to you,

CN: Hmm.

SH: or email it to you. No.

CN: Ugh.

SH: They mustn't pull your leg for nothing.

CN: Yeah.

SH: Or make you scared, whatever they can do, Fuck em! Nothing!

CN: Alright. Alright my brother. What I'll do is do you still have your old phone number because when, I'll-I'll gonna see them tomorrow I'm gonna tell them you know you've got the wrong guy

| | |
|---|---|
| | here but ah. Uh jeez. Do you, what did you say you've got? You've got the contract for what he Rolexes or what? Do you email, do you want to email it to me or what? Or what must we do? |
| SH: | No that's-that's the contract between me and you for |
| CN: | Yeah, alright. |
| SH: | three Rolexes the money to take to go to England and buy for me and come back and you go with the money and you never come back. Not the money not the Rolex. Nothing. There was (UNI) the guarantee for your Mini Coopers, still, by me. Everything I have, on the contract, which I give any of the (UNI) for me two-three years ago. They ask me about the story and I said that's between me and Chris and bye-bye. (UNI). For what you are worried like this I don't understand. |
| CN: | Alright then. It's just these people came to the house today and they said they're coming back tomorrow so. Look I'll. |
| SH: | Who cares they come to the house, you tell them to who ask you to come here? Where's your papers to come inside my fucking house? You come pushing, who the fuck are you? |
| CN: | Hmm. |
| SH: | Make them ask. You don't even talk to them. |
| CN: | Yeah. Alright well thanks for the advice my friend. Umm, what I'll do is um maybe I'll-I'll –I'll see what they say and uh I thought I'll just speak to you because I know you always sort of like have got a plan or you know can advise me what to do yeah. |
| SH: | No, problem, no problem. |
| CN: | Alright my man, I'll phone you, is it alright if I phone you tomorrow maybe after they've been? |
| SH: | Yeah you can phone me tomorrow. But I've let me tell you one thing and I don't care if they are recording or standing next to you or whatever. Tell them to go fuck their own mother, that what they must do. |
| CN: | Jeez. |
| SH: | They're giving the terrorists, they're giving the terrorists in the Middle East a lot of (UNI) whatever. What the fuck they want from people who doesn't even come next to the fucking US about fuck leaving the people alone. |
| CN: | Yeah, yeah, I know what you're saying, I know what you're saying. |
| SH: | That's what I'm telling you. |
| CN: | Hmm. |
| SH: | You can be recording, you can they can be standing next to you |

CN: Alright man jeez.

SH: (UNI) Fuck their own mother, and their own president. They must fuck off, that's it.

CN: You know I've used this number with you for-for-for-for ever you know. Whenever I spoke to you so you know if I've had it for a long time this number.

SH: Yeah there's no problem.

CN: Alright, my brother. I'll talk to you then.

SH: Okay bye bye.

CN: Alright cheers, ah bye bye.

**END**

SECRET//NOFORN

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



Cleveland Division
1501 Lakeside Ave.
Cleveland, Ohio 44114

| | |
|---|---|
| File Number: | 415I-MP-73988 |
| Requesting Official(s) and Office(s): | SA Steven D. Warfield (MP) |
| Task Number(s) and Date Completed: | 572248, 9/27/2016 |
| Name and Office of Linguist(s): | LA Deborah A. Eagen (CV) |
| Name and Office of Reviewer(s): | N/A |
| Source Language(s): | Afrikaans |
| Target Language: | English |

Source File Information
  Name of Audio File:   03.18.2015
    –Call Number:   3
      –Date, Time, Duration:   3/18/2015 (Date), 17:15 (Time), 00:01:15 (Duration)
      –Target Number:   2-772-016-8183
      –Direction:   Outgoing

## VERBATIM TRANSLATION

Participants:

    CN     Chris Neveling
    LH     Loren Hamade

SECRET//NOFORN

SECRET//NOFORN

<u>Abreviations:</u>

| | |
|---|---|
| PH | Phonetic |
| *Italics* | Spoken in English |
| TN | Translators Notes |
| [] | Exegeses |

[TN: Chris refers to Loren in this and other conversations as "Lotjie" [PH]. This may be a term of endearment when referring to Loren. However, it cannot be determined with certainty if this is the speaker's intended use of the word.]

[TN: The term "man" is often used when addressing a person, whether male or female.]

SECRET//NOFORN

SECRET//NOFORN

File #: 415I-MP-73988
File Name: 03.18.2015
Recording #3 [begins at 11:05 mark]

CN: *Today is the 18th of March 2015, time approximately quarter past five, my name is Chris Neveling. I'm calling Loren Hamade on telephone number +27720168183.*

LH: *Hello?*

CN: *Hello*, Loren?

LH: *Yes.*

CN: Lotjie [PH]; *it's* Chris here. Are things going well?

LH: Good, thank you; yourself?

CN: *All right, man.* Listen, I am looking for, for Sam. Is he available? I tried him on his phone. But I don't have any other for him. Is he…does he still have the same number?

LH: Yes. Uhm… *hold on*. Hold on for a just a moment.


[The rest of the conversation is spoken in English.]

1
SECRET//NOFORN