## Sentence Comparisons:
## Information taken from public ECF filings

| Case | District | Plea | Sentence and Guidelines | Date of Sent | Minor Role? | 5K | Facts | Charge | Govt Request |
|---|---|---|---|---|---|---|---|---|---|
| U.S. v Shantia Hassanshahi 1:13-cr-274 -RC | D.D.C. | Y | 12 m, 1 day  46-57 months | 12/12/2016 | No | N | $1 million worth of electro-mechanical relay devises for Iran's civilian power grid | § 371 | 36 months |
| U.S. v Ali Mohammadi 12-cr-591(2) | NDIL | Y | 60 mos probation 57-71 months (included +2 for obstruction of justice) | 8/27/2015 | No | N | Gyroscope (TOW Missile part) to Iran | 50 USC 1705(a & c) 20 year max | UNK |
| U.S. v Ergun Yildiz 13-cr-428 (3) | SDCA | Y | 18 months UNK range | 5/8/2015 | Sealed | UNK | Marine navigation and military electronic equipment - Iran | §371 | UNK |
| U.S. v Patrick Zuber 14-cr-441 | SDTX | Y | 12 mos probation UNK range | 2/24/2015 | Sealed | UNK | Facilitated sales of equipment through UAE and on to IRAN | §371 | UNK |
| U.S. v Randy Barber 8:13-cr-28-SCB-CPT- | MDFL | Y | 60 mos probation UNK range | 7/17/2014 | No | N | Training and computer/IT support services ($413k forfeiture) - actively deceived US company about end users of software - IRAN | §371 | UNK |
| U.S. v Saeed Talebi 12-cr-295-LTS-1 | SDNY | Y | 12 mos, 1 day 46-51 months | 5/21/2013 | No | UNK | Parts and goods for petrochemical industrial operations to Iran | §371 | 46-51 months. |
| U.S. v Andro Telemi 9-cr-736(2) | NDIL | Y | 60 mos probation 37-46 months | 11/30/2012 | Yes | UNK | Exporting connector adaptors for TOW and TOW2 missile systems to Iran without a license. Telemi was a member of the United States Coast Guard Auxiliary | 22 USC §2778 (export of defense articles without a license | Guideline range |

Defendant's Exhibit 5 - US v Hamade
CR 15-237(1) (BRT/JRT)

## Sentence Comparisons:
## Information taken from public ECF filings

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S. v Susan Yip 11-cr-516(3)-XR | WDTX | Y | 24 mos | 10/29/2012 | NC | Y | Defendant was a broker who helped Iranian obtain dual-use parts with military applications - 599 transactions, $2.6m over 4 years | §371 | UNK |
| U.S. v Robert Niels Kraaipoel 9-cr-219 (PLF) | D.DC | Y | 60 mos Probation 46-57 months | 6/12/2012 | No | Y | 290 aircraft-related components to Iran. | §371 | "substantial departure" requested. |

## Sentence Comparisons:
## Information taken from public ECF filings

| Case | District | Plea | Sentence and Guidelines | Date of Sentence | Minor Role | 5K? | Facts | Charges | Gov't Request |
|---|---|---|---|---|---|---|---|---|---|
| U.S. v Massoud Habibion 11-cr-118 ESH | D.DC | Y | 13 mos 70-87 months; max 60 months | 5/16/2012 | No | UNK | Laptops and related equipment to Iran | §371 | "significant term of imprisonment." |
| U.S. v Majid Saboni 11-cr-5296 JM | SDCA | Y | 12 mos, 1 day UNK range | 5/15/2012 | Sealed | UNK | Lab and radiation and radon detection equipment to Iran | §371 | UNK |
| U.S. v Jeng Shih 11-cr-119-1-JDB | D.DC | Y | 18 mos 46-57 months | 2/17/2012 | No | UNK | Laptops shipped to Iran | §371 | Agreed not to request more than 3 years. |
| U.S. v Vikramaditya Singh 10-cr-93-GMS | D. Del | Y | 36 m probation 46 to 57 months | 3/3/2011 | No | UNK | Digital microwave radios to Iran via an undercover ICE Agent | §371 | 1 year and 1 day. |
| U.S. v. James Larrison 9-cr-113-GMS | D. Del. | Y | Probation 46-57 months | 6/23/2011 | No | UNK | Camera control box, 8-port multiple television camera control Switch to Iran | §371 | UNK |
| U.S. v Hossein Khoshnevisrad 9-cr-165-PLF | D.DC | Y | 15 mos UNK range | 6/2/2010 | UNK | UNK | Defense articles to Iran. | §371 & 22 USC §2278 | UNK |
| U.S. v Nicholas Groos 6-cr-420 | NDIL | Y | 60 days 46-57 months | 12/10/2008 | N | N | Fire sprinkler system - single transaction, within context of long term relationship with third party customer, but with full knowledge of violation | 50 USC § §1705 & 1705 | Guideline sentence |
| U.S. v John Fowler 8-cr-00003-LMA-JCW | EDLA | Y | 60 mos probation | 8/7/2008 | Y | Y | Engineering software to design offshore oil and gas structures | §371 | UNK |
| U.S. v Afshin Rezaei 7-cr-380-MHS-LTW | NDGA | Y | 6 mos probation UNK range | 5/15/2008 | No | UNK | Operated company for computer sales to Iran | §371 | UNK |
| U.S. v Ali Khan 02-cr-1242-1-JBW | EDNY | Y | 60 mos Probation | 7/30/2007 | Sealed | UNK | Aircraft components | §371 | UNK |